# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LIA YERA TRICOMO,<br><br>               Petitioner,<br>    v.<br><br>JENEVA COTTON,<br><br>               Respondent. | CASE NO. C21-05792-DGE-DWC<br><br>MINUTE ORDER DENYING THE REPORT AND RECOMMENDATION |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On April 8, 2022, Magistrate Judge David W. Christel prepared a Report and Recommendation ("R&R") denying in part Petitioner's Writ of Habeas Corpus. (Dkt. No. 24.) On May 22, 2022, the Supreme Court issued its decision in *Shinn v. Ramirez*, 142 S. Ct. 1718 (2022), which may impact the precedent relied on by Judge Christel in the R&R. As a result, certain arguments addressed in the R&R should be reviewed and possibly reconsidered.

MINUTE ORDER DENYING THE REPORT AND RECOMMENDATION - 1

Therefore, the Court DECLINES to adopt the Report and Recommendation (Dkt. No. 24) and refers the matter back to Magistrate Judge David W. Christel for further review.

Dated this 22nd day of June 2022.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.